**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

SCBT SUCCESSOR BY PURCHASE AND
ASSUMPTION TO BANKMERIDIAN, N.A.,

      Plaintiff,

v.                                                                         Case No. 2:17-cv-241-FtM-99MRM

MCHD, LLC, a Michigan limited liability company,
SAMUEL G. MCNEELEY, JR. and SUSAN L.
HENDRIX,

      Defendants.
_____/

**NOTICE OF SETTLEMENT AND**
**REQUEST FOR IMMEDIATE DISMISSAL WITH PREJUDICE**

Pursuant to Local Rule 3.08, Plaintiff, SCBT, as successor by purchase and assumption to

BANKMERIDIAN, N.A. (the "Judgment Creditor") hereby notifies the Court that the Judgment

Creditor and all Defendants reached settlement in the above-captioned action.  Pursuant to the

settlement agreement reached between the parties, the Judgment Creditor respectfully requests that

the Court dismiss this action with prejudice.  The parties agree that each party will bear its own

attorneys' fees and costs incurred in connection with this action.

Dated this 21st day of August, 2017.

/s/ John A.  Anthony
**JOHN A. ANTHONY, ESQ.**
Florida Bar Number: 0731013
janthony@anthonyandpartners.com
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida  33602
Telephone: 813.273.5616
Telecopier: 813.221.4113
Attorneys for the Judgment Creditor

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing has been provided via electronic

transmission this 21st day of August, 2017, to the following:

John D. Hoffman, Esquire
john@hoffmanpa.com
Nicole M. Castano, Esquire
ncastano@hoffmanpa.com
Law Offices of Hoffman & Hoffman, P.A.
848 Brickell Ave., Suite 810
Miami, Florida 33131
909 6th Ave. North
Naples, Florida 34102


                                        /s/ John A. Anthony_____
                                        **ATTORNEY**